IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTOPHER ACKERMAN**, *an Individual*, <br><br> Plaintiff, <br><br> v. <br><br> **BRIDGETOWN NATURAL FOODS, LLC**, *a foreign corporation*, <br><br> Defendant. | Case No. 3:23-cv-01012-JR <br><br> **JUDGMENT** |

Based on the Court's Order, ECF 16, adopting Judge Russo's Findings and Recommendation, ECF 14, **IT IS ADJUDGED** that Defendant's Motion to Compel Arbitration, ECF 8, is GRANTED and this case is DISMISSED without prejudice.

DATED this 5th day of February, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge